**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| DENZELL NELSON<br>v.<br>CITY OF CHICAGO and CHICAGO POLICE OFFICERS THOMAS MCKENNA, JASON VAN DYKE, J. MERKEL, G. SPACEK, M. BUBACZ, E. MASSAS and J. CARTWRIGHT, | FILED STAMP: AUG. 20, 2008<br>08CV4754<br>JUDGE ST. EVE<br>MAG. JUDGE COX |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DENZELL NELSON

| |
|---|
| NAME (Type or print)<br>TONY THEDFORD |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ TONY THEDFORD |
| FIRM<br>LAW OFFICE OF TONY THEDFORD |
| STREET ADDRESS<br>6133 SOUTH ELLIS AVENUE |
| CITY/STATE/ZIP<br>CHICAGO, ILLINOIS 60637 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6239316 | TELEPHONE NUMBER<br>773-752-6950 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐